AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

UNITED STATES OF AMERICA,
)
)
v.
)
)
Case No.    6:25-MJ-00033-HBK
)
DAVID FLORES CARAZA,
)

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address;

(4) Report to the USM Office in Fresno for processing by 8/29/2025 before 4:00 PM

(5) The defendant must appear at:    US District Court 9004 Castle Cliff Court, Yosemite CA
<em>Place</em>

Before Magistrate Judge Helena Barch-Kuchta

on                                      10/7/2025 at 10:00 AM
<em>Date and Time</em>

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 8/25/2025

_____
*Defendant's signature*

Date: 8/25/2025

_____
*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*